UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JARMAL BENJAMIN,

                                                               Plaintiffs,      **NOTICE OF APPEARANCE**

               -against-

THE CITY OF NEW YORK, NEW YORK CITY       08 CV 2917 (CM)
DEPARTMENT OF CORRECTION, CORRECTION
OFFICER LANCE, CORRECTION OFFICER JONES,
CORRECTION OFFICER JOHN DOE #1 AND
CORRECTION OFFICER JOHN DOE #2,

                                                       Defendants.

------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          April 20, 2008

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel
                                           of the City of New York
                                           Attorney for Defendant City of New York
                                           100 Church Street, Rm. 3-311
                                           New York, New York 10007
                                           (212) 788-0899

                             By:      _____
                                           Stuart E. Jacobs (SJ-____)
                                           Assistant Corporation Counsel
                                           Special Federal Litigation Division

To:    BY ECF
        David Segal, Esq.